1  NICHOLAS A. TRUTANICH
   United States Attorney
2  District of Nevada
   Nevada Bar #13644
3  BIANCA R. PUCCI
   Assistant United States Attorney
4  Nevada Bar #12940
   501 Las Vegas Blvd. South, Suite 1100
5  Las Vegas, Nevada 89101
   Phone: (702) 388-5080
6  Bianca.Pucci@usdoj.gov
   *Attorneys for the United States of America*

7

**UNITED STATES DISTRICT COURT**
8  **DISTRICT OF NEVADA**

9  IN THE MATTER OF THE SEARCH
   OF INFORMATION ASSOCIATED
   WITH THE TELEPHONE NUMBER            Case No. 2:20-mj-00331-BNW
10

11  **702-325-3075**
                                        **Government's Motion to Unseal Case**
12  THAT IS STORED AT PREMISES
    CONTROLLED BY UBER
13  TECHNOLOGIES, INC.

14

15  IN THE MATTER OF THE SEARCH
    OF INFORMATION ASSOCIATED
16  WITH THE TELEPHONE NUMBER           Case No. 2:20-mj-00332-BNW

17  **702-955-0401**
                                        **Government's Motion to Unseal Case**
18  THAT IS STORED AT PREMISES
    CONTROLLED BY UBER
19  TECHNOLOGIES, INC.

20

21

22          The United States of America, by and through the undersigned, respectfully moves this

23  Court for an Order to UNSEAL the instant cases. Specifically, the undersigned requests to

24  unseal the Search Warrant filed under the instant cases and all related documents in anticipation

1   of producing the same as discovery in Case No. 2:20-mj-00321-DJA.

2   DATED this 17th day of December, 2020.

3                                          Respectfully,

4                                          NICHOLAS A. TRUTANICH
                                           United States Attorney

5                                          /s/ Bianca R. Pucci
6                                          BIANCA R. PUCCI
                                           Assistant United States Attorney

1

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

2

3    IN THE MATTER OF THE SEARCH
     OF INFORMATION ASSOCIATED
     WITH THE TELEPHONE NUMBER                    Case No. 2:20-mj-00331-BNW

4

5    **702-325-3075**                             **Order to Unseal Case**

6    THAT IS STORED AT PREMISES
     CONTROLLED BY UBER
     TECHNOLOGIES, INC.

7

8    IN THE MATTER OF THE SEARCH
     OF INFORMATION ASSOCIATED
     WITH THE TELEPHONE NUMBER                    Case No. 2:20-mj-00332-BNW

9

10   **702-955-0401**                             **Order to Unseal Case**

11   THAT IS STORED AT PREMISES
     CONTROLLED BY UBER
     TECHNOLOGIES, INC.

12

13

14          Based on the Motion of the Government, and good cause appearing therefore, IT IS

15   HEREBY ORDERED that the instant cases shall be unsealed.

16

17          **DATED** this 22nd day of December, 2020.

18

19

20          _____
            UNITED STATES MAGISTRATE JUDGE

21

22

23

24

3